## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-289-MJP |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ANTHONY S. JONES, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:   Possession of Stolen Firearms

<u>Date of Detention Hearing</u>:   August 22, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been indicted on a charge of possession of stolen firearms, as part of a case in which three co-defendants are accused of burglarizing a federally licensed firearms

DETENTION ORDER                                                                                                   15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

dealer and allegedly selling some of them through this defendant.

2. Defendant has a past criminal record that includes 4th degree Assault, Harassment, and Making a False Statement to a Public Servant, accompanied by a number of failures to appear. Defendant has pending charges in Snohomish County for possession of a dangerous weapon and use/delivery of drug paraphernalia for which he has been ordered to complete Alcohol and Drug Information School.

3. Defendant, age 23, admits to being a member of the Deuce Mafia gang when he was younger but states that he has not been a member since moving to Washington state. He does not have either a stable employment or residence history and does not have a viable residential release alternative.

4. The defendant poses a risk of nonappearance based on a history of failing to appear, a history of failing to comply with court orders, possible use of illegal substances and unstable employment and residence history. He poses a risk of danger due to a history of associating with the Deuce Mafia gang and the nature of the current charges.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91