UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SHYANNE JONES, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR07-289-MJP <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 9, 2009. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Lee Covell.

The defendant had been charged and convicted of Possession of Stolen Firearms, in violation of 18 U.S.C. § 922(j). On or about January 18, 2009, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of twenty-seven (27) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, submit to search, substance abuse treatment, no alcohol, and limited to one checking accounty.

In a Petition for Warrant or Summons, dated November 4, 2009, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions

of his supervised release:

    (1)    Using methamphetamine on or before October 27, 2009, in violation of standard condition No. 7.

    (2)    Using methamphetamine, Percocet, and cocaine, on or before November 3, 2009, in violation of standard condition No. 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on November 24, 2009 at 9:30 a.m.

Pending a detention hearing scheduled for November 16, 2009, the defendant has been detained.

DATED this 9th day of November, 2009.

*James P. Donohue*
―――――――――――――――
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Mr. Norman Barbosa
       Defendant's attorney:    Mr. Lee Covell
       Probation officer:    Ms. Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2