UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-289-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ANTHONY SHYANNE JONES, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

I conducted an initial hearing on supervised release revocation in this case on July 6, 2010. The United States was represented by AUSA Jeff Backhus and the defendant by Lee A. Covell. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 18, 2008 by the Honorable Marsha J, Pechman on a charge of possession of stolen firearms, and sentenced to 27 months in custody, followed by three years of supervised release.

The conditions of supervised release included the standard conditions plus conditions relating to substance abuse and treatment, financial disclosure, mental health, search, no alcohol, and limitation to one checking account.

He was released from custody on September 14, 2009, and began his term of supervised release.

In a prior revocation proceeding, defendant was charged in November of 2009 with using methamphetamine, Percocet, and cocaine. He was sentenced in January of 2010 to time served, and was required to participate in a 28-day inpatient substance abuse treatment program.

In an application dated May 17, 2010, U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of probation:

1. Use of methamphetamine on or before April 27, 2010;

2. Failing to report for urine testing as directed on April 1, April 21, April 27 and May 14, 2010;

3. Failing to participate in a substance abuse treatment program as directed since May 6, 2010; and

4. Failing to submit truthful and complete reports within the first five days of the months orf March and April, 2010.

Defendant was advised in full as to those charges and as to his constitutional rights. He admitted each of the four alleged violations, and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release in the four respects alleged, and conduct a disposition hearing. That hearing has been scheduled before Judge Pechman on July 29, 2010 at 4:30 p.m. Pending a final determination by the Court, defendant has been ordered detained.

DATED this 6th day of July, 2010

s/ John L. Weinberg
United States Magistrate Judge

cc:   District Judge:          Honorable Marsha J. Pechman
      AUSA:                    Jeff Backhus
      Defendant's attorney:    Lee A. Covell
      Probation officer:       Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3